# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Local 698-C of the International Chemical Workers Union Council of the United Food & Commercial Workers<br>*Plaintiff(s)*<br>v.<br>Momentive Performance Materials, L.L.C.<br>*Defendant(s)* | Civil Action No. 5:22-cv-317 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:  Accordingly, Defendant's Motion to Dismiss is GRANTED, and this matter is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to STRIKE this matter from the active docket of this Court, and enter judgment in favor of defendant.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

Date:  May 4, 2023

CLERK OF COURT
Cheryl Dean Riley
/s/ N.M. Maxwell

*Signature of Clerk or Deputy Clerk*